PROCTOR *v.* RHODES. RHODES *v.* PROCTOR.

LEWIS, J. These cases involve the same questions as those passed upon in the cases of *Davis* v. *Rhodes* and *Rhodes* v. *Davis*, this day decided, and are controlled by the decisions therein rendered.

*Judgments affirmed. All concurring, except Little, J., absent.*